UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIRAN VUPPALA,

                Plaintiff,

-v-

GARAGE MANAGEMENT COMPANY LLC, *et al.*,

                Defendants.

24-CV-2247 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Defendants were served on April 23, 2024. However, no appearance has been entered on Defendants' behalf, and no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by June 18, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: June 6, 2024
       New York, New York

                                    _____
                                        J. PAUL OETKEN
                                      United States District Judge